# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:04-CR-476-RLH-LRL |
| vs. | **O R D E R** |
| CHRISTOPHER JAMES WILDER, | (Motion for Assistance–#113) |
| | (Motion for Order–#115) |
| Defendant. | (Motion to Compel Responses–#119) |

Before the Court are three motions by Defendant which all address the same request: Defendant's Motion (#113) requesting the Court for forward his request to five lawyers, who previously represented him, that they send him a copy of his entire case file; Defendant's Motion (#115) requesting the Court issue an order to the lawyers to respond to his letters requesting a copy of his file; and Defendant's Motion to Compel Response (#119) asking the Court to prior counsel to respond to his various inquiries and for costs to purchase copies of the entire case file.

In Defendant's Affidavit in Support of his last motion, he lists among the documents he is demanding the complete copy of the judge's "chambers file,"

Defendant was sentenced in December 2005. He filed an appeal, and his conviction and sentence was affirmed on May 24, 2007. He filed a Motion to Vacate, pursuant to 28 U.S.C. §2255 on July 2, 2008. It was denied November 3, 2008. He filed a Motion to Reopen his Motion to Vacate on November 3, 2010, which was denied as an unauthorized second §2255 motion. He has appealed.

This Court is not now his attorney and will not involve itself in requests or disputes with his former attorneys.

IT IS THEREFORE ORDERED that Defendant's Motion (#113) requesting the Court for forward his request to five lawyers, who previously represented him, that they send him a copy of his entire case file; Defendant's Motion (#115) requesting the Court issue an order to the lawyers to respond to his letters requesting a copy of his file; and Defendant's Motion to Compel Response (#119) asking the Court to prior counsel to respond to his various inquiries and for costs to purchase copies of the entire case file are all DENIED.

Dated: October 18, 2011.

_____
**Roger L. Hunt**
**United States District Judge**