UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:04-cr-0476-RLH |
| ) | |
| vs. ) | **O R D E R** |
| ) | (Motion to Correct Judgment–#129) |
| CHRISTOPHER JAMES WILDER, ) | |
| ) | |
| Defendant. ) | |

Before the Court is Defendant's Motion to Correct his Judgment and Committment [sic] Order Dated December 12, 2005 (#129, filed March 26, 2012). The motion is totally without merit and will be summarily denied.

Defendant argues that the judgment and sentence are ambiguous because the Court, after sentencing the Defendant to 235 months to be run consecutively with any undischarged state sentence, pronounced an alternative sentence if, upon appeal, the Ninth Circuit found that the Armed Career Criminal Offender–Armed Career Criminal Act does not apply.

The sentence is not ambiguous. It establishes an alternative sentence IF a certain and specified act occurs. That did not occur. Defendant appealed the application of the Armed Career Criminal Act and it was upheld. He also filed a motion pursuant to 28 U.S.C. § 2255 attacking the application of the Act. That motion was denied and an unsuccessful appeal followed. Accordingly, the sentence was not ambiguous merely because it provided an alternative to avoid a resentencing should the Court of Appeals reach a different result. It did not.

1

IT IS THEREFORE ORDERED that Defendant's Motion to Correct his Judgment and Committment [sic] Order Dated December 12, 2005 (#129) is DENIED.

IT IS FURTHER ORDERED that no Certificate of Appealibility issue as this issue has previously been resolved by the Circuit Court of Appeals on more than one occasion.

Dated: March 27, 2012.

_____
**Roger L. Hunt**
**United States District Judge**